# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES HUBERT,<br><br>    Plaintiff<br><br>  v.<br><br>ANTHONY LUSCAVAGE, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:21-CV-01523<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 14th day of March, 2022, **IT IS HEREBY ORDERED** that Plaintiff's motion for extension of time and access to the law library (Doc. 26) is **DENIED**.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**